

# COURT OF APPEALS
# EIGHTH DISTRICT OF TEXAS
# EL PASO, TEXAS

_____

### No. 08-26-00258-CV

_____


Elizabeth Rangel, Appellant

v.

Ralph A. Saavedra, Appellee

---

### On Appeal from the County Court at Law No 3
### El Paso County, Texas
### Trial Court No. 2026-CCV00134

---

## MEMORANDUM OPINION

Appellant, Elizabeth Rangel, filed a notice of appeal from the trial court's judgment on June 26, 2026, but she has neither paid the appellate filing fees nor established a right to proceed without payment of costs. *See* Tex. R. App. P. 5, 20.1; *see also* Tex. Gov't Code §§ 51.207, 51.208, 51.851(b), 51.941(a); Order Regarding Fees Charged in the Supreme Court, in Civil Cases in the

Courts of Appeals, Before the Judicial Panel on Multi-District Litigation, and in the Business Court, Misc. Docket No. 24-9047 (Tex. July 26, 2024).

Under the Texas Rules of Appellate Procedure, the fees for appealing to a court of appeals are due at the time a notice of appeal is presented for filing. *See* Tex. R. App. P. 5. On June 29, 2026, the Clerk of this Court notified Rangel that this appeal could be dismissed if she failed to pay the filing fees by July 9, 2026. The Clerk further notified Rangel that the failure to comply with a Texas Rule of Appellate Procedure, an order of this Court, or a notice from the Clerk requiring a response within a specified time could result in dismissal of this appeal.

Because Rangel neither paid the filing fees nor otherwise responded to the Clerk's notice, we dismiss this appeal. *See* Tex. R. App. P. 5, 42.3(c). We dismiss any pending motions as moot.


LISA J. SOTO, Justice

July 16, 2026

Before Salas Mendoza, C.J., Palafox and Soto, JJ.